**Electronically Filed
Supreme Court
SCWC-22-0000636
21-FEB-2025
11:34 AM
Dkt. 65 ODMR**

SCWC-22-0000636

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF THE P CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000636; FC-S NO. 19-1-0083 and FC-S NO. 19-1-0084)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Nakamoto in place of Ginoza, J., recused)

Upon consideration of Mother's Motion for Reconsideration of Hawaiʻi Supreme Court's Amended Published Opinion filed on February 13, 2025, and the record and files herein,

It is ordered that the motion is denied.

DATED: Honolulu, Hawaiʻi, February 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

